UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA


FILED
MAR - 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.
*Carla Boyd*

CASE/CITATION NO. 2:15 MJ00029-AC-1

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY        STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____       *Carla M Boyd*
                            DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ _____ and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 10.00 within forthcoming days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: ~~Clerk, USDC~~ and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU        CLERK, USDC                    **CLERK, USDC**
PO BOX 70939                     2500 TULARE ST., RM. 1501      **501 I STREET, STE. 4-200**
CHARLOTTE, NC 28272-0939         FRESNO, CA 93721-1322          **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/2/15        /s/ _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                  EDCA-3